UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GERNARD DENEZ CHESTNUT,

    Plaintiff,

v.                                              Case No. 3:20cv5679-MCR-HTC

CLEMMONS WALKER, et al.,

    Defendants.

_____/

## **O R D E R**

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 2, 2020. ECF No. 6. Plaintiff was furnished with a copy of the Report and Recommendation and was afforded an opportunity to file an objection pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The Magistrate Judge's Report and Recommendation, ECF No. 6, is adopted and incorporated by reference in this Order.

2. Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 2, is DENIED.  This case is DISMISSED WITHOUT PREJUDICE because Plaintiff is a three-striker under 28 U.S.C. § 1915(g) and for abuse of the judicial process by failing to disclose Plaintiff's complete litigation history.

3. The clerk be directed to close this file.

**DONE AND ORDERED** this 9th day of October 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**